## M. C. HIGGINS v. THOMAS G. DELOACH.

JURISDICTION.   *Principal of amount in controversy.   Damages.*
   A justice of the peace has jurisdiction, and so has the Circuit Court on appeal, of replevin for a horse not exceeding $150 in value, whatever are the damages assessed for wrongful taking and detention.

ERROR to the Circuit Court of Oktibbeha County.

Hon. JAMES M. ARNOLD, Judge.

*J. B. H. Hemingway*, for the plaintiff in error, cited Code 1871, §§ 1302, 1532; *Newell* v. *Newell*, 34 Miss. 385; *Hecklin* v. *Ess*, 16 Minn. 53; *Henderson* v. *Desborough*, 28 Mich. 170; *Jackson* v. *Whitfield*, 51 Miss. 202; *Alley* v. *Gamelick*, 55 Mo. 518.

*George E. Critz*, on the same side, cited *Read* v. *Renaud*,

6 S. & M. 79; *Bank* v. *Jennings*, 5 How. (Miss.) 425; Const. art. 6, § 23.

No counsel for the defendant in error.

CAMPBELL, J., delivered the opinion of the court.

A justice of the peace has jurisdiction of an action of replevin for a horse whose value does not exceed $150; and the fact that damages assessed for the wrongful taking or detention of the property, added to the value of the property, aggregate more than $150, does not oust the jurisdiction of the Circuit Court in an appeal from the judgment of a justice of the peace in such a case. Damages are a mere incident to a determination of the right of possession, and if the " principal of the amount in controversy " does not exceed $150, a justice of the peace has jurisdiction, and so has the Circuit Court on appeal, whatever may be the amount of the damages assessed for wrongful taking and detention. *Bell* v. *West Point*, 51 Miss. 262.                                    *Judgment reversed.*